IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 19-00077-CFC |
| JEFFREY HELM, | |
| Defendant. | |

### ORDER

At Wilmington this Second day of March in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Motion for Compassionate Release Pursuant to Title 18 U.S.C. § 3582(c)(1)(A) (D.I. 53) is **DENIED**.

_____
CHIEF JUDGE